# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDUARADO ABUD-MENDOZA,<br><br>        Plaintiff,<br><br>       v.<br><br>ACCENTURE LLP, an Illinois limited professional service limited liability partnership; AETNA LIFE INSURANCE COMPANY, AETNA U.S. HEALTHCARE; and AETNA, INC., all Connecticut corporations,<br><br>        Defendants. | Case No. CIV 06-223-S-EJL<br><br>**ORDER TO EXTEND TIME FOR FILING INITIAL DISCLOSURES** |

The parties have filed a stipulation to extend time for completing initial disclosures until after the October 10, 2006 hearing on the pending dispositive motions.  The Court finds good cause to **APPROVE** the stipulation (Dkt. No. 32).  The stipulation contemplates that the parties will confer regarding resetting the deadline following the hearing on the motion.  As such, the parties are directed to file with the Court a notice of the resetting of the deadline for filing initial disclosures within ten days of the resolution of the pending dispositive motions.

DATED:  **September 7, 2006**